Commonwealth *v.* Keller, Appellant.

Before WOOD, J.

Submitted March 18, 1974. *Peter T. Campana,* Assistant Public Defender, for appellant; *Gregory V. Smith,* Assistant District Attorney, and *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Kichline, Appellant.

Before WILLIAMS, JR., J.

Submitted June 10, 1974. *Richard J. Jacobs,* for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.